UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                                            Case No.  06-243-0

**KIMBERLY COLEMAN**
_____

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 40, FED.R.CRIM.P.

**KIMBERLY COLEMAN**, having been arrested and presented before me for removal proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 40 Complaint from MD/GA was held on May 1, 2006.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **KIMBERLY COLEMAN** is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary examination has been held because the defendant elects to have the preliminary examination conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **KIMBERLY COLEMAN** be held to answer in the district court in which the prosecution is pending.  Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Tennessee this ____1st_____ day of May, 2006.

_____s/ Diane K. Vescovo_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office